June 12, 1981.

435 A.2d 642

Burger, Appellant v. Durant.

Submitted February 9, 1981. Wayne A. Bradley, for appellant; Robert S. Whitehill, for appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.

435 A.2d 642

Commonwealth v. Barnes, Appellant.

Submitted March 4, 1981. Richard E. Johnson, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.